IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIO SAETURN,

        Plaintiff,                    No. 2:10-cv-3444 KJN P

    vs.

R. GALLOWAY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed January 6, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On January 11, 2011, plaintiff submitted the USM-285 forms, but failed to file the copies of the December 27, 2010, complaint. Plaintiff must submit four copies of his complaint for service, i.e. a copy of the complaint for each of the three defendants and one copy of the complaint for the U.S. Marshal.

////

////

////

1         Accordingly, IT IS HEREBY ORDERED that within thirty days, plaintiff shall
2 submit to the court four copies of the complaint required to effect service.  Failure to return the
3 copies within the specified time period will result in a recommendation that this action be
4 dismissed.

5 DATED:  February 3, 2011

                                                                                             _____
                                                                             KENDALL J. NEWMAN
                                                                             UNITED STATES MAGISTRATE JUDGE

saet3444.8f