IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIO SAETURN,

    Plaintiff,                                         No. 2: 10-cv-3444 KJN P

    vs.

R. GALLOWAY, et al.,

    Defendants.                         ORDER TO SHOW CAUSE

_____/

        By order filed February 4, 2011, this court ordered plaintiff to submit four copies of the complaint required to effect service within thirty days. On February 11, 2011, plaintiff filed a notice of change of address. On February 15, 2011, the February 4, 2011 order was re-served on plaintiff at his new address. Thirty days passed and plaintiff did not submit the four copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, plaintiff shall show cause why this action should not be dismissed for his failure to comply with the February 4, 2011 order; and failure to respond to the instant order will result in the dismissal of this action.

DATED: March 31, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sa3444.fusm

1