IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIO SAETURN,

        Plaintiff,                         No. 2: 10-cv-3444 KJN P

    vs.

R. GALLOWAY,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. On January 3, 2011, plaintiff consented to the jurisdiction of the undersigned.

        On February 4, 2011, the court ordered plaintiff to submit four copies of the complaint required to effect service within thirty days. On February 11, 2011, plaintiff filed a notice of change of address. On February 15, 2011, the February 4, 2011 order was reserved on plaintiff at his new address. Thirty days passed and plaintiff did not submit the four copies of the complaint. Accordingly, on April 1, 2011 plaintiff was ordered to show cause within fourteen days why this action should not be dismissed for his failure to comply with the February 4, 2011 order.

////

1

1          Fourteen days passed and plaintiff did not respond to the April 1, 2011 show
2  cause order.
3          Accordingly, IT IS HEREBY ORDERED that this action be dismissed.  <u>See</u> Local
4  Rule 110.
5  DATED:  April 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

9  sae3444.dis